CHARLES KLAUBERG *vs.* CROWE AND COMPANY,
INCORPORATED.

Third Judicial District, New Haven, June Term, 1927.
WHEELER, C. J., MALTBIE, HAINES, HINMAN and BANKS, Js.

Argued June 10th—decided July 25th, 1927.

ACTION to recover damages for injuries to the plaintiff's person and to his automobile, alleged to have been caused by the defendant's negligence, in which the defendant filed a counterclaim to recover damages for injuries to its motortruck, brought to the Superior Court in New Haven County and tried to the jury before *Nickerson, J.;* verdict for the defendant to recover $1,855 upon the counterclaim, which the trial court set aside as against the evidence, and from this decision the defendant appealed. *Error; judgment directed upon the verdict.*

*Richardson Bronson,* for the appellant (defendant).

*Walter E. Monagan,* for the appellee (plaintiff).

PER CURIAM.   The plaintiff sues to recover damages for the alleged negligence of the defendant.  The jury rendered its verdict in favor of the defendant upon its counterclaim, which the trial court set aside on the ground that the reckless operation by the driver of defendant's truck was the proximate cause of the collision with plaintiff's car, and that the proof of defendant's damages was insufficient to support the verdict. There was a clear conflict in the evidence between the plaintiff's and defendant's claims as to how the collision occurred.  Whether the negligence of the servant of defendant materially contributed to the damage done to

defendant's truck was a fair question of fact for the jury to resolve. The proof of the damage to defendant's truck, together with interest thereon in amount, was sufficient to support the verdict.

There is error; the Superior Court is directed to enter its judgment upon the verdict.